ACCEPTED
01-15-00411-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 4:25:39 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00411-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/1/2015 4:25:39 PM
CHRISTOPHER A. PRINE
Clerk

**Ex parte Julio J. Lebron**

On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court No. 2020596

## APPELLANT'S MOTION TO DISMISS

Julio J. Lebron, through Jonathan Landers, files this motion to dismiss his appeal. As the State of Texas notes in its reply briefing filed on this date the criminal case against Julio J. Lebron was dismissed on May 28, 2015, the day before his trial was to begin. Because the criminal case has been dismissed and Julio J. Lebron has been released from custody, he requests that his appeal be dismissed.

Texas Rule of Appellate Procedure article 42.2 provides:

(a) At any time before the appellate court's decision, the appellate court may dismiss the appeal upon the appellant's motion. The appellant and his or her attorney must sign the written motion to dismiss and file it in duplicate with the appellate clerk, who must immediately send the duplicate copy to the trial court clerk.

Appellant Lebron certifies that immediately below is my original signature affixed by my own hand:

_Julio J. Lebron III_
Julio J. Lebron

Date: 6/1/2015

Respectfully submitted,

_Jonathan Landers_
Jonathan D. Landers
State Bar No. 24070101
2817 W. TC Jester Blvd., Suite M
Houston, Texas 77018
713-301-3153 (Phone)
713-685-5020 (FAX)
Jlanders.law@gmail.com
**LAWYER FOR APPELLANT**

## CERTIFICATE OF SERVICE

I certify that a copy of this **motion to dismiss** has been delivered to the Harris County District Attorney's Office on 06/01/2015 through the e-filing system.

_Jonathan Landers_
Jonathan Landers

NO. 01-15-00411-CR

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT
HOUSTON, TEXAS

---

**Ex parte Julio J. Lebron**

---

On Appeal from the County Criminal Court at Law No. 15
Harris County, Texas
Trial Court No. 2020596

---

## ORDER

---

Upon considering **APPELLANT'S MOTION TO DISMISS—**

*It is ordered* GRANTED.


Signed this _____ day of _____, 2015.


_____
JUDGE PRESIDING